AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Howard, Marcia M. | 2. Court or Organization<br><br>U.S. District Court-Middle FL | 3. Date of Report<br><br>09/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Full | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 North Hogan Street<br>Jacksonville, FL 32202 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Morales Construction Co., Inc. |
| 2. | Director | MIC Holdings Inc. |
| 3. | Board Member | American Cancer Society - Duval County Unit Advisory Board (non-profit) |
| 4. | Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 5. | Member | St. Vincent's Hospital Women's Council (non-profit) |
| 6. | Trustee | Irrevocable Insurance Trust #1 |
| 7. | Board Member | Community Hospice of Northeast Florida |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | McGuireWoods LLP 401(k) (administered by T. Rowe Price) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 09/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Bank of America - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 4/13/12 - 4/15/12 | San Juan, Puerto Rico | Advanced Labor Topics Speaker | Travel expenses |
| 2. | The Florida Bar | 6/21/12 - 6/22/12 | Orlando, Florida | Federal Judicial Roundtable | Travel expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 09/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia, now Wells Fargo (bank accts) | A | Interest | M | T | | | | | |
| 2. Southside Warehouse, Inc. Stock (See Part VIII.) | C | | K | U | | | | | |
| 3. Paragon Life / Met Life Variable Life Policy | A | Interest | K | T | | | | | |
| 4. MIC Holding (See Part VIII.) | D | | J | U | | | | | |
| 5. T. Rowe Price 401(k) | C | Int./Div. | M | T | | | | | |
| 6. ----TRP RST Balanced | | | | | | | | | |
| 7. ----TRP Stable Value Fund | | | | | | | | | |
| 8. Bombardier 401(k) | E | Int./Div. | M | T | | | | | |
| 9. ----DWS Real Estate Securities Fund | | | | | | | | | |
| 10. ----Investment Co. of America Fund/A | | | | | | | | | |
| 11. ----Washington Mutual Investors Fund/A | | | | | | | | | |
| 12. ----Growth Fund of America/A | | | | | | | | | |
| 13. ----Perkins Small Cap Value 1 (See Part VIII.) | | | | | | | | | |
| 14. ----Franklin Small Mid Cap Growth Fund/A | | | | | | | | | |
| 15. ----Euro Pacific Growth Fund/A | | | | | | | | | |
| 16. ----DFA Emerging Markets I | | | | | | | | | |
| 17. ----State Street EAFE International Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 09/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----State Street S&P 500 Index (See Part VIII.) | | | | | | | | | |
| 19. Wells Fargo 401(k) | B | Int./Div. | M | T | | | | | |
| 20. ----Stable Fund | | | | | | | | | |
| 21. Southland Life Insurance Policy | A | Interest | J | T | | | | | |
| 22. Morgar Professional Center | A | | K | U | | | | | |
| 23. Banco Bilbao | B | Dividend | K | T | | | | | |
| 24. Brokerage Account | | | | | | | | | |
| 25. ----Ready Assets Prime Money (See Part VIII.) | A | Int./Div. | L | T | | | | | |
| 26. ----Interline Brands Inc. | | None | | | Sold | 09/07/12 | L | E | |
| 27. ----Demand Deposit Account (See Part VIII.) | | | L | U | Open | 09/07/12 | L | | |
| 28. Webb Investments Inc. | | None | | | Closed | 10/15/12 | J | A | |
| 29. Everbank | B | Interest | M | T | | | | | |
| 30. Bank of America Account | A | Interest | M | T | | | | | |
| 31. Wells Fargo stock | A | Dividend | K | T | | | | | |
| 32. Condominium - Jacksonville, FL (See Part VIII.) | | None | K | T | | | | | |
| 33. Community First (Bank Account) | A | Interest | J | T | Open | 12/18/12 | J | | |
| 34. Bank of America Stock (See Part VIII.) | | None | J | T | | 2/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 09/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - The Irrevocable Trust disclosed on Line 8 is an unfunded trust.

Part VII, Co. B(2), Lines 2, 4, and 22 - the type of income is partnership income.

Part VII, Line 25, Merrill Lynch appears to have renamed this fund.

Part VII, Line 27, this item represents the proceeds of the stock sold in line 26.

Part VII, Line 32, this item represents _____ 1/4 interest in a condominium.

Part VII, Line 34, this is a restricted stock award _____ .

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M. | 09/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia M. Howard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544